UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NANG MUN LAHPAI,** | § |
| Plaintiff, | § Case No.: 4:21-CV-01448 |
| v. | § |
| **CLAREWOOD HOUSE, INC.,** | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Nang Mun Lahpai to report to the Court that the Parties have reached a full confidential settlement in this action with all costs to be adjudged against the party incurring the same. The parties will file with the Court a proposed stipulation of dismissal with prejudice.

Dated: July 27, 2021                                    **COANE AND ASSOCIATES, PLLC**

By: /s/ Bruce Coane
Bruce Coane, Attorney-in-Charge
S.D. Tex. #7205
TX Bar #04423600
Email: bruce.coane@coane.com
Matthew P. Swiger
S.D. Tex. #24088495
TX Bar #2276929
Email: matt.swiger@coane.com
Tong Jin
S.D. Tex. #3399719
TX Bar #24110051
Email: tong.jin@coane.com
5177 Richmond Ave., Suite 770
Houston, TX 77056
Phone: (713) 850-0066

Fax: (713) 850-8528  
***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have served a true and correct copy of the foregoing document upon all attorneys of record by filing the same with the Court's CM/ECF electronic filing system on this July 27, 2021.

                */s/Bruce A. Coane*  
                Bruce A. Coane