UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 06, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Nang Mun Lahpai, § § § Plaintiff, § § versus § § Clarewood House, Inc., § § Defendant. § | Civil Action H-21-1448 |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By August 20, 2021, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement

Signed on August \_6\_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge