| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

Nang Mun Lahpai, §
§
    Plaintiff, §
§
versus § Civil Action H-21-1448
§
Clarewood House, Inc., §
§
    Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August **23**, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge